CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Isabel Rose Masanque., SBN 292673
Krista R. Hemming, Esq., SBN 304213
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Ashley Nicole Arnett
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
E-mail: aarnett@seyfarth.com

Attorneys for Defendants
HMC BURLINGAME HOTEL LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ARROYO**, <br><br> Plaintiff, <br><br> v. <br><br> **HMC BURLINGAME HOTEL L.P**, <br><br> Defendants | Case No.: 4:21-cv-01252-HSG <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this entire action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: 10/04/2022　　　　　　　　　CENTER FOR DISABILITY ACCESS

By:/s/ *Isabel Masanque*
Isabel Rose Masanque

Attorneys for Plaintiff

Dated: 10/04/2022　　　　　　　　　SEYFARTH SHAW LLP

By: /s/ *Ashley Nicole Arnett*
Ashley Nicole Arnett

Attorneys for Defendants
HMC BURLINGAME HOTEL L.P

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley Arnett, counsel for HMC BURLINGAME HOTEL L.P, respectively, and that I have obtained Attorney Arnett's authorization to affix their electronic signature to this document.

Dated: 10/04/2022                          CENTER FOR DISABILITY ACCESS

                                           By: */s/ Isabel Masanque*
                                           Isabel Rose Masanque

                                           Attorneys for Plaintiff